UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN M. HACKETT, | ) | CIV. 06-5040-JLV |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STANDARD INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of the parties, and good cause appearing, it is hereby

ORDERED that the motion (Docket 84) is granted as follows:

1. Kathleen M. Hackett is entitled to receive long-term disability benefits from Standard Insurance Company from August 26, 2005, to the present and continuing for as long as she continues to meet all the requirements of the long-term disability policy.

2. All motions in this case are now moot, except the following issues:

   A. Plaintiff's entitlement to prejudgment interest, and if so entitled, the amount thereof; and

   B. Plaintiff's entitlement to additional attorney's fees and costs, and if so entitled, the amount thereof.

3. In accordance with Fed. R. Civ. P. 54 and D.S.D. Civ. LR 54.1, plaintiff's claim for attorney's fees and costs, if not settled, is due no later than 28 calender days after resolution of the prejudgment interest issue.

4.      The discovery ordered by United States Magistrate Judge Veronica L. Duffy on September 21, 2009 (Docket 75) and by the district court on April 14, 2010 (Docket 83) is no longer necessary and defendant need not produce the discovery responses required by those discovery orders.

Dated July 7, 2010.

                            BY THE COURT:

                            /s/ *Jeffrey L. Viken*
                            JEFFREY L. VIKEN
                            UNITED STATES DISTRICT JUDGE